UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Number: 1:18-cr-224-TFH |
| vs. ) | |
| ) | |
| AARON ALEXANDER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### FACTUAL BASIS FOR PLEA

Pursuant to Federal Rule of Criminal Procedure 11, the United States and the defendant, AaRon ALEXANDER, stipulate and agree that the following facts fairly and accurately describe the defendant's conduct in the offense to which he is pleading guilty. These facts do not constitute all of the facts known to the parties concerning the charged offenses and related conduct. This statement is being submitted to demonstrate that sufficient facts exist to establish that the defendant committed the offense to which he is pleading guilty. The defendant knowingly, voluntarily, and truthfully admits the facts set forth below.

1. From in or about March 2015 to in or about June 2016, in the District of Columbia and elsewhere, ALEXANDER knowingly devised, and intended to devise, a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

2. Throughout the scheme, ALEXANDER worked at the Office of Currency Production of the U.S. Bureau of Engraving and Printing and served as treasurer of his agency's local chapter of the Federal Manager's Association (FMA), Chapter 216. As treasurer of Chapter 216, ALEXANDER had signatory authority over the local chapter's bank account and was

1

responsible for paying the chapter's quarterly dues to the national FMA organization. Chapter 216's bank account was funded by money withdrawn from its members' pay.

3. ALEXANDER did not pay Chapter 216's dues to the national FMA organization for the period covering in or about April 2015 through in or about September 2016.

4. From in or about March 2015 to in or about June 2016, ALEXANDER defrauded Chapter 216 of approximately $16,758—money intended for Chapter 216 expenses and dues payments—and used the money for his own personal expenses. ALEXANDER obtained the money by issuing checks to himself and making cash withdrawals. As a result of ALEXANDER's theft, by in or about June 2015, Chapter 216 did not have sufficient funds to pay its outstanding dues and fees to the national FMA organization.

5. In furtherance of the scheme, ALEXANDER made materially false representations to members of the national FMA organization concerning payment of Chapter 216's quarterly dues. For example, on or about November 18, 2015, in response to inquiries about Chapter 216's delinquent dues, ALEXANDER emailed an FMA official falsely claiming, "Our check came in yesterday, I mailed the payment this morning. I apologize for the delay." In fact, as ALEXANDER knew, he did not mail payment to the national FMA organization and, due to his prior withdrawals, Chapter 216 did not have sufficient funds to pay the delinquent dues. Instead, that same day, ALEXANDER withdrew $200 cash from the Chapter 216 account for his own personal use, followed by another $320 cash withdrawal for himself one day later.

6. As a result of ALEXANDER's email to the FMA official, and other emails ALEXANDER sent promising to satisfy Chapter 216's dues obligations, detection of ALEXANDER's fraudulent withdrawals was delayed. During this period of delay, ALEXANDER

was able to continue his scheme to defraud and obtain additional money which he used for his own personal expenses.

7.  ALEXANDER's email to the FMA official on or about November 18, 2015, was sent from his work account in Washington, D.C. to the national FMA organization in Virginia.

ANNALOU TIROL<br>
Acting Chief<br>
Public Integrity Section

By: _____
Amanda Vaughn
Trial Attorney
Public Integrity Section
1400 New York Ave. NW
Washington, DC 20005
(202) 514-1412

## DEFENDANT'S ACCEPTANCE

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charge against me. It does not include all of the facts known to me regarding this offense. I make this statement knowingly and voluntarily and because I am, in fact, guilty of the crime charged. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Factual Basis for Plea fully.

I have read every word of this Factual Basis for Plea or have had it read to me. Pursuant to Federal Rule of Criminal Procedure 11, after consulting with my attorneys, I agree and stipulate to this Factual Basis for Plea, and declare under penalty of perjury that it is true and correct.

Date: 1-23-19

AaRon Alexander
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Factual Basis for Plea, and have reviewed it with my client fully. I concur in my client's desire to adopt and stipulate to this Factual Basis for Plea as true and accurate.

Date: 1-27-19

David Bos
Attorney For the Defendant